

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Nooner Holdings, Ltd.,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 51183-A.

Vs. No. 11-21-00266-CV

\* May 18, 2023

Abilene Village, LLC; Pillar
Abilene Village Investors, LLC;
PCG Management, Inc.; and
Brian Moore,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The cost incurred by reason of this appeal are taxed against Nooner Holdings, Ltd.